PEOPLE ex rel. BALTIMORE v. BROUGHTON et al. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Proceeding by the people of the state of New York, on the relation of Garnet D. Baltimore, against Amos Broughton and others, constituting the board of town auditors of the town of Hoosick. No opinion. Determination of the board of town auditors of the town of Hoosick unanimously affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BROWN, Appellant, v. FINLEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Proceeding by the people of the state of New York, on the relation of Frank H. Brown, against Thomas Finley, supervisor, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. FISKE et al. v. FEITNER et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Proceeding by the people of the state of New York, on the relation of George P. Fiske and Frederick B. Fiske, against Thomas L. Feitner and others, as commissioners of taxes and assessments. No opinion. As to taxes of 1900, order affirmed, with $10 costs and disbursements, on opinion in People ex rel. Fiske v. Feitner (decided herewith) 88 N. Y. Supp. 694.

